FILED
OCT - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAME: JEONGIN LEE
ADDRESS: 4201 CATHEDRAL AVE. NW, #617W
WASHINGTON, DC 20016
TEL: 202-246-2575

VS.                                           CIVIL ACTION NO.

MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY;
EMILIO GONZALES, DIRECTOR OF US CITIZENSHIP AND IMMEGRATION SERVICES;
GREG CHRISTIAN, DISTRICT DIRECTOR OF USCIS

Case: 1:07-cv-01815
Assigned To : Robertson, James
Assign. Date : 10/9/2007
Description: Pro Se General Civil

**COMPLAINT**

Introduction and Factual Background

Plaintiff Jeongin Lee became a lawful permanent resident of the United States on October 17, 2001 and filed her application for naturalization in March, 2006. Ms. Lee was interviewed by District Adjudication Officer at USCIS, Washington District Office on October 23, 2006. Ms. Lee passed the English language and government/civics examination portions of the interview but was not approved for U.S. citizenship because of her name check by FBI pending as of March 31, 2006. The Defendants have not made a decision on the application. The law requires the USCIS to make a determination on a

1

naturalization application within 120 days following the applicant's examination. USCIS has not made a decision on the application for 351 days as of today, October 9, 2007 since the examination and her name check has been pending for 557 days as of today, October 9 2007.

Parties

Plaintiff Jeongin Lee is a lawful permanent resident of the US and has resided in Washington, DC at all relevant times in this action. The Plaintiff appears before this honorable court in her own behalf.

Defendant Michael Chertoff is the Secretary of U.S. Department of Homeland Security. Mr. Chertoff, pursuant to 8 U.S.C. 1103 is charged with administering the USCIS by implementing and enforcing the Immigration and Nationality Act. As such, he has ultimate decision-making authority over the matters alleged in this petition.

Defendant Emilio T. Gonzalez is the Director of U.S. Citizenship and Immigration Services of the DHS. As the Director of USCIS, Mr. Gonzalez is responsible for the lawful administration of immigration benefits and services including adjudication of naturalization applications. As such, he has decision-making authority over the matters alleged in this matter.

Defendant Greg Christian is the Director of U.S. Citizenship and Immigration Services Washington, D.C. As the Washington DC Director of USCIS, Mr. Christian is

responsible for the lawful administration of immigration benefits and services including adjudication of naturalization applications. As such, he has decision-making authority over the matters alleged in this matter.

Remedies Sought

Plaintiff Jeongin Lee seeks to have the District Court adjudicate her eligibility for nationalization pursuant to 8 U.S.A. 1447(b). Ms. Lee further seeks to have this Court administer her oath of allegiance, if this Court finds her eligible for naturalization.

Statement of Relevant Facts

1. On March 13, 2006, Ms. Lee filed her applications for naturalization.
2. On April 25, 2006, Ms. Lee had her fingerprints taken.
3. On October 23, 2006, Ms. Lee was interviewed by Mr. Peter Kareski, District Adjudication Officer at USCIS, Washington District Office and passed every requiring test but was not granted for her US citizenship because of her name check not cleared by FBI. She was informed that her name check pending as of March 31, 2006 though her criminal background check cleared. Mr. Kareski offered a service to Ms. Lee to update her name check status every 2 weeks in response to her future email inquiry. Ms. Lee has been doing the email contact

3

with Mr. Kareski <Peter.Kareski@dhs.gov> ever since to get her name check status. Her name check is still pending as of today, October 9, 2007.

4. On October 23, 2006, Ms. Lee visited her district representative, Congresswoman Eleanor Norton and asked for help with her naturalization problem. She talked with Mr. Cartwright Moore, a senior case worker in the office in person and filled out forms to make her inquiry official.

5. On December 18, 2006, Congresswoman Eleanor Norton contact Ms. Lee by email with a letter from Michael Cannon, Section Chief, National Name Check Program Section, Records Management Division, FBI in response to the Norton's office inquiry on Ms. Lee's name check status. The letter from Mr. Cannon read that Ms. Lee's name check pending as of March 31, 2007, which was already known to Ms. Lee during the examination for naturalization on October 23, 2006. (see #3 above).

6. On December 19, 2006, Ms. Lee made a contact with Congresswoman Eleanor Norton by email or by phone and made inquiries about the reasons for her name check pending for months and about time estimate of her name check completion. But she has never had a response from Congresswoman Eleanor Norton.

7. On June 4, 2007, Ms. Lee made an appointment to visit USCIS, Washington District Office, 2675 Prosperity Avenue, Fairfax, VA 22031 to find out her name check progress but did not get anything other than her name check pending as of March 31, 2006.

8. On June 4, 2007, Ms. Lee sent an email to Mr. Prakash I. Khatri <prakash.khatri@dhs.gov>, Ombudsman at Department of Homeland Security for

help with her name check pending. But she did not get any response to this contact.

9. On June 5, 2007, Ms. Lee requested for her name check progress to David M. Hardy, Chief, Records/Information Dissemination Section, FBI by fax (202)324-3367. But she has never received a response from Mr. Hardy.

10. On June 17, 2007, In the Washington Post cover page, an article posted with the title; FBI Name Check Cited In Naturalization Delays, Official Calls Backlog 'Unacceptable'. It was quoted that [In his annual report to Congress last week, U.S. Citizenship and Immigration Services (USCIS) ombudsman Prakash I. Khatri called the backlog of FBI name checks "unacceptable from the standpoint of national security and immigration benefits processing."] Ms. Lee read this article and found similar articles from various newspapers nationwide.

11. On June 18, 2007, Ms. Lee emailed again to Mr. Prakash I. Khatri <prakash.khatri@dhs.gov> mentioning about his statement in the article (see #10 above) with the previous email (see #8 above) attached. She asked for help with her name check pending problem.

12. On June 25, 2007, The Ombudsman office contact Ms. Lee by email saying that they can initiate an inquiry on her behalf with USCIS for an update to the status of her case. The office informed Ms. Lee of Case Problem Submission Worksheet (DHS-7001) to be filled out.

13. On June 26, 2007, Ms. Lee submitted DHS-7001, Case Problem Submission Worksheet by regular mail in response to the Ombudsman's suggestion. (see #12 above)

5

14. On July 26, 2007, Ms. Lee received an acknowledging letter from Mr. Prakash I. Khatri about receiving her Case Problem Submission Worksheet. The letter read that if Ms. Lee would not receive a response within 45 days from USCIS about the issue, notify the office.

15. On September 10(around), 2007, Ms. Lee emailed Congressman Peter King, ranking member on the Homeland Security Committee about her name check pending. This was about a contact with a ranking member of the Homeland Security Committee rather than a merely another Congressperson out of her district area. The motivation was that USCIS and FBI are under the umbrella of Department of Homeland Security that the Committee on Homeland Security should oversee. Ms. Lee hoped Mr. King as the ranking member of the Committee would understand the seriousness of the name check delay and resolve the problem.

16. On September 17, 2007, Ms. Lee received a letter from Congressman Peter King in response to Ms. Lee's contact on September 10, 2007 (see #15 above). The letter read that Congressman King forwarded Ms. Lee's naturalization problem to her district representative Congresswoman Eleanor Norton.

17. On September 20, 2007, Ms. Lee contacted Congressman Peter King again by email saying that Ms. Lee did not contact Mr. King as her district representative but as the ranking member of the Homeland Security Committee. Because the FBI name check is part of Homeland Security procedure. Ms. Lee mentioned that the Law 8 U.S.C 144b (b) requires the USCIS to make a determination on a naturalization application within 120 days following the applicant's examination.

Ms. Lee added that her earlier contact with Congresswoman Eleanor Norton but did not have any help. She has not received any response to this email from Congressman Peter King yet.

18. On September 21, 2007, Ms. Lee talked with Mr. Cartwright Moore, a senior case worker in the Congresswoman Eleanor Norton's office over the phone but did not have any indication or their willingness to resolve Ms. Lee's name check pending problem. Mr. Moore emphasized that the name check is not FBI's priority but criminal investigation.

19. On September 27, 2007, Ms. Lee notified Mr. Prakash I. Khatri by email and by regular mail in response to the acknowledging letter (see #14 above) because she has not received any response from USCIS within 45 days. She was waiting for a response for 95 days as of September 27, 2007. She has not received any response from Mr. Khatri yet since her notification.

20. On September 27, 2007, Ms. Lee faxed (@202-225-3737) a letter and copies of letters from various her contacts described above to Ms. Traci Hong, attorney for the Subcommittee on Immigration, Citizenship, Refugees, Border Security, and International Law headed by Congresswoman Zoe Kofgen. Within an half hour Ms. Lee received a phone call from Mr. Ben Staff, clerk in Ms. Traci Hong office and said that Ms. Hong does not handle an individual case and the Subcommittee is purely a body to make policy. Ms. Lee has never received any response from Ms. Hong.

21. On September 28, 2007, Ms. Lee emailed to Michael A. Cannon <FBINNCP@ic.fbi.gov>, Chief, National Name Check Program Section, FBI

7

about her name check pending for more than 500 days delay and urged to clear her name check immediately. She has not had any response from Mr. Cannon.

Irreparable Harm

As a result of the Defendants' failure to perform their duty, Plaintiff has suffered, is suffering and will continue to suffer irreparable harm. Ms. Lee has been deprived of the substantial and unique benefits of citizenship, including protection of the laws of the United States equal to that of citizens; political rights including the right to vote; the right to enter and remain in the United States; freedom of movement and travel; the right to obtain a United States passport; the protection of the United States government when outside of the United States; and the right to apply for a Federal job.
She has been subjected to the fear, despair, and uncertainty engendered by the inability to obtain citizenship, including the inability to travel and to carry out necessary activities out of concern that she will miss a swearing-in ceremony; and the inability to file visa petitions for immediate families as a United States citizen.

Request For Relief

WHEREFORE, Plaintiff requests that this Court:

1. Declare as unlawful the violation by Defendants of 8 U.S.C. 1447(b), in that they have failed to make a determination on the naturalization application.

2. Administer the oath of allegiance to Ms. Lee

3. Grant such other relief as this Court may deem just and proper.

Date this 9th day of October, 2007

*[signature]*

JEONGIN LEE
PRO SE PLAINTIFF
4201 CATHEDRAL AVE. NW, #617W
WASHINGTON, DC 20016
TEL: 202-246-2575

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Jeongin Lee

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __11001__
(EXCEPT IN U.S. PLAINTIFF CASES)

4201 Cathedral Ave. NW, #617W   11001
Washington, DC 20016
Tel: 202-246-2575

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jeongin Lee, PRO SE

## DEFENDANTS
Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzalez, Director of USCIS, USA; Greg Christian, District Director, USCIS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __11001__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01815
Assigned To : Robertson, James
Assign. Date : 10/9/2007
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(5)

| ☐ G. *Habeas Corpus/2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

■ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
8 U.S.C. §1447(b) The defendants have not adjudicated the plaintiff's applications as required by law.

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  **DEMAND $**  Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ■ NO

**VIII. RELATED CASE(S) IF ANY** No. (See instruction) ☐ YES ■ NO If yes, please complete related case form.

DATE 10/9/07 SIGNATURE OF ATTORNEY OF RECORD [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd