UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEONGIN LEE

VS.                                          CIVIL ACTION NO. 1:07-cv-01815 (JR)

MICHAEL CHERTOFF et al.

AFFIDAVIT OF SERVICE

JEONGIN LEE, hereby declare that on the 9th day of October, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to JEFFREY A. TAYLOR, US ATTORNEY FOR THE DISTRICT OF COLUMBIA. Attached hereto is the certified green card acknowledging service.

[Attached Domestic Return Receipt (PS Form 3811, February 2004):

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jeffrey A. Taylor
US Attorney for the District of Columbia
501 Third St. NW
Washington, DC 20001

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   NW, #617W 6

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0002 1324 2985

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540]

RECEIVED NOV - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT