UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEONGIN LEE

VS.                                    CIVIL ACTION NO. 1:07-cv-01815 (JR)

MICHAEL CHERTOFF et al.

AFFIDAVIT OF SERVICE

I, JEONGIN LEE, hereby declare that on the 9th day of October, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to PETER D. KEISLER, US ATTORNEY GENERAL. Attached hereto is the certified green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peter D. Keisler
US Attorney General
950 Pennsylvannia Ave.
NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery  OCT 1 2 2007
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0002 1324 2992

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

RECEIVED NOV - 6 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT