UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEONGIN LEE

VS. CIVIL ACTION NO. 1:07-cv-01815 (JR)

MICHAEL CHERTOFF et al.

AFFIDAVIT OF SERVICE

RECEIVED
NOV - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, JEONGIN LEE, hereby declare that on the 9th day of October, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to EMILIO GONZALES, DIRECTOR OF US CITIZENSHIP AND IMMEGRATION SERVICES. Attached hereto is the certified green card acknowl... NW, #617W

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emilio Gonzales
Director of USCIS
20 Massachusetts Ave NW
Suite 7010
Washington, DC 20529

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) DHS

C. Date of Delivery 10-23-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7002 2030 0002 1324 3005

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEONGIN LEE

VS. CIVIL ACTION NO. 1:07-cv-01815 (JR)

MICHAEL CHERTOFF et al.

AFFIDAVIT OF SERVICE

RECEIVED
NOV - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, JEONGIN LEE, hereby declare that on the 9th day of October, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY. Attached hereto is the certified green card acknowledging service.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael Chertoff
Secretary of the Department
of Homeland Security
Washington, DC 20529

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
OCT 18 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

...NW, #617W

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7002 2030 0002 1324 3012

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEONGIN LEE

VS. CIVIL ACTION NO. 1:07-cv-01815 (JR)

MICHAEL CHERTOFF et al.

AFFIDAVIT OF SERVICE

I, JEONGIN LEE, hereby declare that on the 9th day of October, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to GREG CHRISTIAN, DISTRICT DIRECTOR OF USCIS. Attached hereto is the certified green card acknowledging service.

Jeongin Lee
JEONGIN LEE
PETITIONER, PRO SE
4201 CATHEDRAL AVE. NW, #617W
WASHINGTON, DC 20016
TEL: 202-246-2575

RECEIVED
NOV - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT




Track/Confirm - Intranet Item Inquiry - Domestic

Item: 7002 2030 0002 1324 3029

Service Calculation Acceptance Date/Time: 10/09/2007 12:02

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20529 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 20210-0001 | **City:** WASHINGTON | **State:** DC |

**Class:** First Class

**Anticipated Delivery Date:** 10/10/2007

**Weight:** 0 lb(s) 4 oz(s) **Postage:** $1.31

**Firm Book ID:** 5103 0SGU A010 2455 6112

**Delv Rqmt:** Normal **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7002 2030 0002 1324 3029 | $2.65 |
| RETURN RECEIPT | | $2.15 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 10/12/2007 08:55<br>Firm Name: USCIS HQ 20529 R26<br>Recipient: 'M GREENE'<br>Request Delivery Record<br>View Delivery Signature and Address | WASHINGTON, DC 20529 | 030SGSE664 |
| ARRIVAL AT UNIT | 10/12/2007 03:11 | WASHINGTON, DC 20022 | 030SGUA010 |
| ACCEPT OR PICKUP | 10/09/2007 12:02 | WASHINGTON, DC 20210 | |

Enter Request Type and Item Number:

Quick Search ◉ Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

C. Moten
303 497-6545