# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEONGIN LEE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 1:07CV1815(JR) |
| | ) |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: December 21, 2007

                                                                             Respectfully submitted,

                                                          /s/ Robin M. Meriweather
                                                 ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                 Assistant United States Attorney
                                                 555 Fourth St., N.W.
                                                 Washington, D.C.  20530
                                                 Phone: (202) 514-7198; Fax: (202) 514-8780
                                                 Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2007, I caused the foregoing to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

JEONGIN LEE
4201 Cathedral Ave N.W., # 617W
Washington, DC 20016

                                            /s/ *Robin M. Meriweather*
                                       ROBIN M. MERIWEATHER, D.C. Bar # 490114