UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEONGIN LEE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary of the )<br>Department of Homeland Security, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Case Number: 1:07CV1815(JR) |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff <u>et al.</u>, through undersigned counsel, hereby request that the Court grant Defendants a 14-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due January 9, 2008. Defendants' answer currently is due December 26, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted <u>pro se</u> Plaintiff in an effort to obtain Plaintiff's position on this motion. Plaintiff did not take a position on the enlargement of time.

This is an immigration case, arising out of a Form N-400 application for naturalization filed by Plaintiff, a lawful permanent resident of the United States. Plaintiff filed a mandamus complaint October 9, 2007, asking the Court to adjudicate the case and administer the oath of citizenship. At the time the complaint was filed, Plaintiff's background checks remained pending, and her N-400 had not been approved.

There is good cause to grant this enlargement of time. In light of recent factual developments, Defendants believe that this case can be resolved administratively. Counsel for Defendants has had telephone conversations with Plaintiff concerning the submission of a joint

stipulation of dismissal, and has mailed a draft stipulation to Plaintiff for review.  In light of the upcoming holidays, counsel for Defendants will be unable to file the executed stipulation of dismissal by December 26, 2007.  The fourteen-day enlargement of time will allow the parties to complete their efforts to resolve this case administratively, thereby avoiding potentially unnecessary litigation.

      Granting this enlargement should cause no prejudice to either party.  A proposed order is submitted herewith.

Dated: December 21, 2007

                                          Respectfully submitted,

                                          /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                          /s/
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                          /s/ Robin M. Meriweather
                                        ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C.  20530
                                        Phone: (202) 514-7198; Fax: (202) 514-8780
                                        Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of December, 2007, I caused the foregoing to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

JEONGIN LEE
4201 Cathedral Ave N.W., # 617W
Washington, DC 20016


                                        /s/   *Robin M. Meriweather*
                                    ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JEONGIN LEE, | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 1:07CV1815(JR) |
|  | ) |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security, et al., | ) |
|  | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants shall submit an Answer or otherwise respond to Plaintiff's Complaint by January 9, 2008.

SO ORDERED.

_____
United States District Judge