**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|                                             |   |                              |
|---------------------------------------------|---|------------------------------|
| JEONGIN LEE,                                | : |                              |
|      Plaintiff,                             | : |                              |
|      v.                                     | : | Civil Action No. 07-1815 (JR)|
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, *et al.*, | : | |
|      Defendants.                            | : |                              |

**ORDER**

Defendant's motion for an extension of time until January 9, 2008, to respond to plaintiff's complaint is **granted**. Further, because the continuing alleged refusal or inability of defendant to decide whether plaintiff will be naturalized amounts to a denial of her application, the hearing contemplated by 8 U.S.C. 1447(b) is set for **January 9, 2008, at 4:00 p.m. in Courtroom 23A.**

                                         JAMES ROBERTSON
                                         United States District Judge