UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEONGIN LEE,                                )
                                            )
            Plaintiff,                      )
                                            )
    v.                                      )   Case Number: 1:07CV1815(JR)
                                            )
MICHAEL CHERTOFF, Secretary of the          )
Department of Homeland Security, et al.,    )
                                            )
            Defendants.                     )
_____)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice. The parties further agree that Plaintiff shall be scheduled to take the oath of citizenship on the next available date at which a space at the Washington, D.C. oath ceremony is available (currently February 12, 2008). Each side shall bear its own costs and fees.

_____
JEONGIN LEE
*Pro Se* Plaintiff
4201 Cathedral Ave N.W., # 617W
Washington, DC 20016

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*